**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02764-BNB

JAMES FAIRCLOTH,

      Plaintiff,

v.

CELIA SCHWARTZ,
WARDEN J. DAVIS,
MAJOR D. COTTEN,
CAPT. R. FISHER,
LT. A. HYSJULIEN, and
OTHER KNOWN AND UNKNOWN C.D.O.C. EMPLOYEE(S),

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's "Petition for Appointment of Counsel, or Special Master Pursuant to 18 U.S.C. 3626" (ECF No. 33) is DENIED as premature.  Plaintiff's "Petition to Add Supplemental/Subsequent Incident of Retaliation to Claim 1 and to Add New Defendants" (ECF No. 35) is DENIED without prejudice for the reasons stated in the court's Order Directing Plaintiff to File Amended Complaint.  As directed in that order, Plaintiff should include in the amended pleading he has been ordered to file all of the claims he wishes to pursue in this action.

Dated:  December 13, 2012

---