**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02764-BNB

JAMES FAIRCLOTH,

      Plaintiff,

v.

CELIA SCHWARTZ, Legal Assistant for BVCF, Individual and Official Capacities,
JOHN DAVIS, Warden for BVCF, Individual and Official Capacities,
DAVID COTTEN, Major/Administrative Head for BVCF, Individual and Official
      Capacities,
R. FISHER, Captain/Shift Commander for BVCF, Individual and Official Capacities,
A. HYSJULIEN, Lieutenant/Shift Supervisor for BVMC, Individual and Official
      Capacities,
MR. ANDERSON, Captain/Shift Leader for BVMC, Individual and Official Capacities,
MR. TANCIK, Correctional Officer for BVMC, Individual and Official Capacities,
MR. SHIELDS, Lieutenant/Shift Supervisor for BVMC, Individual and Official Capacities,
MR. GERRY BLAND, Hearings Officer for BVMC/BVCF, Individual and Official
      Capacities,
TOM CLEMENTS, Executive Director of Colorado Department of Corrections, Individual
      and Official Capacities, and
MRS. MURRAY, Food Service Sergeant BVMC/BVCF, Individual and Official
      Capacities,

      Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's motions requesting service of process (ECF Nos. 51 & 58) are DENIED
as premature.  Plaintiff's request for a free copy of Exhibit 5, which has been docketed
as a motion (ECF No. 52), is DENIED.  Plaintiff may obtain copies of documents filed
with the court by contacting the clerk of the court and paying any necessary fees.

Dated:  March 21, 2013

---