**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02764-REB-KLM

JAMES FAIRCLOTH,

    Plaintiff,

v.

CELIA SCHWARTZ, Legal Assistant for BVCF, Individual and Official Capacities,
MR. GERRY GLAND, Hearings Officer for BVMC/BVCF, Individual and Official Capacities, and
MRS. MURRAY, Food Services Sargent BVMC/BVCF, Individual and Official Capacities,

    Defendants.

## ORDER OF DISMISSAL AS TO DEFENDANT MRS. MURRAY, ONLY

**Blackburn, J.**

The matter is before me on **Petitioner's Motion To Dismiss a Defendant Party** [#80][1] filed July 29, 2013. After reviewing the motion and the record, I conclude that the motion should be granted and that plaintiff's claims against defendant, Mrs. Murray, should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Petitioner's Motion To Dismiss a Defendant Party** [#80] filed July 29, 2013, is **GRANTED**;

2. That plaintiff's claims against defendant, Mrs. Murray, are **DISMISSED**; and

---

[1] "[#80]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That defendant, Mrs. Murray, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated July 30, 2013, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge