IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02764-REB-KLM

JAMES FAIRCLOTH,

    Plaintiff,

v.

CELIA SCHWARTZ, Legal Assistant for BVCF, in her official and individual capacities, and GERRY BLAND, Hearings Officer for BVMC/BVCF, in his official and individual capacities,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion for Clarification or Request for Extension of Time** [#110] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#110] is **GRANTED**. Defendants shall file an answer or other response to Plaintiff's Fourth Amended Complaint [#107] **on or before November 20, 2013**.

    Dated:  November 13, 2013