**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02764-REB-KLM

JAMES FAIRCLOTH,

    Plaintiff,

v.

CELIA SCHWARTZ, Legal Assistant for BVCF, in her official and individual capacities,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Granting Motion for Summary Judgment** [#210] of Judge Robert E. Blackburn entered on March 7, 2016, it is

ORDERED judgment shall enter in favor of the defendants, Celia Schwartz and Gerry Bland, and against the plaintiff, James Faircloth, on all claims asserted in this case; it is

FURTHER ORDERED that all claims asserted in this case are dismissed with prejudice; it is

FURTHER ORDERED that defendants are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this 7th day of March, 2016.

                                       FOR THE COURT:
                                       JEFFREY P. COLWELL, CLERK

By:  s/   K. Finney

K. Finney
Deputy Clerk